

# THE THIRTEENTH COURT OF APPEALS

13-22-00463-CV

In the Matter of the Marriage of Chad Schaefer and Amber Lynn Schaefer

On Appeal from the
135th District Court of Victoria County, Texas
Trial Court Cause No. 20-07-85962-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed as modified in part, reversed and rendered in part, and the case should be reversed and remanded in part to the trial court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED IN PART, REVERSED and RENDERED IN PART, and the case is REVERSED AND REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellee.

We further order this decision certified below for observance.

November 16, 2023